# BALLON STOLL BADER & NADLER P.C.

COUNSELLORS AT LAW     FOUNDED 1931

810 SEVENTH AVENUE
SUITE 405
NEW YORK, NY 10019
Ph: 212-575-7900

www.ballonstoll.com

MARSHALL B. BELLOVIN
Cell: 917-968-4899
mbellovin@ballonstoll.com

26 March 2021

**VIA ECF**

The Honorable Edgardo Ramos
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street,
New York, New York 10007

Re:  Karunakaran v. BMCC, CUNY, et al.
     Case No.: 18-cv-10723

Dear Judge Ramos:

We write to inform the Court that the Plaintiff, Chita Karunakaran, has chosen to pursue her case *pro se* and has discharged this law firm. Ballon Stoll Bader & Nadler, P.C. no longer represents the Plaintiff. We respectfully request that the docket be adjusted accordingly.

Respectfully submitted,

        *s/Marshall Bellovin*
MARSHALL B. BELLOVIN (MB5508)
Member of the Firm


cc:  J. Kevin Shaffer, Esq. (by ECF)