UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

CHITRA KARUNAKARAN,

                        Plaintiff,

-against-

BOROUGH OF MANHATTAN COMMUNITY COLLEGE, CITY UNIVERSITY OF NEW YORK, ANTONIO PEREZ, KARIN WILKS, SANGEETA BISHOP, RIFAT SALAM, ANTOINETTE MCKAIN, ROBERT DIAZ, IAN WENTWORTH, MICHAEL HUTMAKER, and MARVA CRAIG,

                        Defendants.

-----------------------------------------------------------X

18 **CIVIL** 10723 (ER)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 28, 2022, Defendants' motion to dismiss the SAC is GRANTED with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

       March 28, 2022

                                                  **RUBY J. KRAJICK**

                                                   **Clerk of Court**

**BY:** _/s/ Marengo_

                                                   **Deputy Clerk**
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/2022