UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHITRA KARUNAKARAN,

                     Plaintiff,

– *against* –

BOROUGH OF MANHATTAN COMMUNITY
COLLEGE, CITY UNIVERSITY OF NEW YORK,
ANTONIO PEREZ, KARRIN WILKS, SANGEETA
BISHOP, RIFAT SALAM, ANTIONETTE
MCKAIN, ROBERT DIAZ, IAN WENTWORTH,
MICHAEL HUTMAKER, and MARVA CRAIG,

                     Defendants.

**ORDER**

18-cv-10723 (ER)

Ramos, D.J.:

    P*ro se* Plaintiff Chitra Karunakaran has filed three letters with the Court seeking clarification as to why one of the attorneys on the instant case receiving ECF notifications, Jack Kevin Shaffer, is receiving emails at an email address with the domain "@irscounsel.treas.gov." Docs. 82, 86, 89.  She has alleged that she did not "give prior electronic consent" for any individual to receive notifications concerning this case except those affiliated with the New York City Law Department, Doc. 86, and alleges that Mr. Shaffer's receipt of notifications at his IRS email address violates her due process rights, Doc. 89.  Ms. Karunakaran has also expressed concern that the presence of Mr. Shaffer's IRS email address is indicative of some action by the IRS against her, in this lawsuit or otherwise.  Doc. 89 at 2.

    The Court has contacted Mr. Shaffer, and Mr. Shaffer informed the Court that he left the Law Department in September 2021 to take a position at the IRS Office of Chief Counsel, and he updated his new email address on the Court's docket.  Because the Law Department did not reassign this case to another attorney upon his departure, Mr. Shaffer remains named counsel and

2

continues to receive notifications concerning Ms. Karunakaran's case—albeit at his new email address. The mere presence of Mr. Shaffer's IRS email address in itself does not indicate any IRS action against Ms. Karunakaran, nor that the IRS has any interest in the instant case. Moreover, all filings in all cases are a matter of public record unless there is a protective or sealing order (which does not exist in this case); accordingly, all filings are a matter of public record, and Ms. Karunakaran need not consent to each viewer or recipient of records in this case. Due process does not require otherwise.

Dated:   June 29, 2023
         New York, New York

_____
Edgardo Ramos, U.S.D.J.